IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATRINA C., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| MARTIN O'MALLEY, COMMISSIONER OF SOCIAL SECURITY, | : | No. 22-00996 |
| Defendant. | : | |

### ORDER

**AND NOW,** this 1st day of July, 2024, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Judicial Review (ECF Doc. No. 6), Defendant's Response to Request for Review of Plaintiff (ECF Doc. No. 7), and Plaintiff's Reply Brief in Support of Request for Judicial Review (ECF Doc. No. 8), and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. The Plaintiff's Request for Review is **DENIED,** and the final order of the Commissioner of Social Security is **AFFIRMED**.

2. Judgment will be entered by separate order filed contemporaneously with this order.

3. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*s/Pamela A. Carlos*
PAMELA A. CARLOS
United States Magistrate Judge